UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 02-CR-2912-L |
| Plaintiff, ) | **ORDER RE: DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT** |
| v. ) | |
| ILYAS ALI (3), ) | |
| Defendant. ) | |

Defendant Ali has filed a motion seeking a more definite statement regarding the reason his ex parte letter to the Court has been rejected. Defendant is advised that Civil Local Rule 83.9, made applicable in criminal proceedings pursuant to Criminal Local Rule 1.1(e)(25), provides as follows:

> Except as otherwise provided by law, attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, or otherwise communicating with the judge unless opposing counsel is present.  All matters to be called to a judge's attention should be formally submitted as hereinafter provided.  Except as authorized by the judge, attorneys shall not send copies to the judge of letters sent to others.

Should Defendant need to bring a matter to the Court's attention, he must file a motion

///

///

02cr2912

1 with the Clerk's Office by submitting the original motion and two conformed copies to the Clerk
2 of this Court. Letters to the judge will continue to be rejected.
3     **IT IS SO ORDERED.**

5 DATED: November 2, 2006

                                                 M. James Lorenz
                                                 United States District Court Judge